1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    SHARON LANE CHIN,                    Case No.  24-cv-03873-AMO

8              Plaintiff,
                                          **ORDER GRANTING DEFENDANT'S**
9         v.                              **MOTION TO STRIKE**

10   TESLA, INC.,                         Re: Dkt. No. 31

11             Defendant.

12         Before the Court is Defendant's motion to strike Plaintiff Chin's Notice of Supplemental

13   Authority filed on February 28, 2025, ECF 30.  *See* Strike Mot. (ECF 31) at 2.  Plaintiff filed the

14   Notice under Civil L.R. 7-3(d) to bring to the Court's attention *Rodriguez v. Packers Sanitation*

15   *Services Ltd., LLC*, No. D083400, 2025 WL 615064 (Cal. Ct. App. Feb. 26, 2025) in support of its

16   opposition to Defendant's motion to compel arbitration, ECF 25.  Defendant argues that the

17   Notice violates Civil Local Rule 7-3(d) because it includes argument regarding the supplemental

18   authority at issue without first seeking Court approval.  *Id.*  The Court agrees that Chin's Notice

19   violates this district's local rules, which require a party to provide no more than a citation and

20   copy of the decision at issue.  *See* Civil L.R. 7-3(d)(2).  The Court therefore **GRANTS**

21   Defendant's motion to strike Chin's Notice from the record.

22         However, because *Rodriguez* appears relevant to the Court's consideration of Defendant's

23   motion to compel arbitration, and because Defendant indicated its willingness to address

24   *Rodriguez* at the upcoming April 17, 2025 motion hearing, *see* Strike Mot. at 2 n.2, the parties

25   **SHALL** file a submission of no more than 1.5 pages no later than noon on **April 7, 2025**,

26   addressing *Rodriguez*'s relevance to Defendant's pending motion to compel arbitration.

27   //

28   //

*United States District Court*
*Northern District of California*

The Court admonishes Chin that it will not countenance further departure from the Local Rules.

**IT IS SO ORDERED.**

Dated: April 3, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**