LAW OFFICES OF DANIEL FEDER
Daniel Feder (SBN 130867)
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
daniel@dfederlaw.com

EDELSON LECHTZIN LLP
Eric Lechtzin (SBN 248958)
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
elechtzin@edelson-law.com

Attorneys for Plaintiff
SHARON LANE CHIN

MORGAN, LEWIS & BOCKIUS LLP
Kathryn T. McGuigan, Bar No. 232112
kathryn.mcguigan@morganlewis.com
Anna M. Robshaw, Bar No. 317953
anna.robshaw@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LANE CHIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>TESLA, INC.,<br><br>            Defendant. | Case No. 3:24-cv-03873-AMO<br><br>**JOINT STATEMENT REGARDING THE PROPOSED ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Second Amended Complaint Filed: November 8, 2024 |

JOINT STATEMENT REGARDING THE PROPOSED ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order of April 16, 2025 (ECF No. 36), Plaintiff Sharon Lane Chin and Defendant Tesla, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Statement concerning the clarifying language that the Court intends to add to the Proposed Order in the Parties' Stipulation of Dismissal with Prejudice (ECF No. 35).

Specifically, the Court's April 16th Order proposes adding the following clarifying language:

> This dismissal with prejudice applies solely to the claims advanced by Petitioner Sharon Chin in this matter and does not preclude other aggrieved employees from bringing individual or representative claims against Defendant Tesla, Inc., in relation to the same facts.

The Parties have conferred regarding the proposed language above and <u>do not object</u> to this modification of the Proposed Order.

Respectfully submitted,

Dated: April 21, 2025         **EDELSON LECHTZIN LLP**

By */s/ Eric Lechtzin*
   Daniel Feder
   Eric Lechtzin

Daniel L. Feder
**LAW OFFICES OF DANIEL FEDER**

Attorneys for Plaintiff
SHARON LANE CHIN

Dated: April 21, 2025         **MORGAN, LEWIS & BOCKIUS**
By */s/ Kathryn T. McGuigan*
   Kathryn T. McGuigan
   Anna Robshaw

Attorneys for Defendant
TESLA, INC.

JOINT STATEMENT REGARDING THE PROPOSED ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE