Daniel Feder (SBN 130867)
LAW OFFICES OF DANIEL FEDER
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
daniel@dfederlaw.com

Eric Lechtzin (SBN 248958)
EDELSON LECHTZIN LLP
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
elechtzin@edelson-law.com

Attorneys for Plaintiff
SHARON LANE CHIN

MORGAN, LEWIS & BOCKIUS LLP
Kathryn T. McGuigan, Bar No. 232112
kathryn.mcguigan@morganlewis.com
Anna M. Robshaw, Bar No. 317953
anna.robshaw@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LANE CHIN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TESLA, INC.,<br><br>                    Defendant. | Case No. 3:24-cv-03873-AMO<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE & [PROPOSED] ORDER**<br><br>Second Amended Complaint Filed: November 8, 2024 |

Plaintiff Sharon Lane Chin and Defendant Tesla, Inc. (each a "Party" and together, the "Parties"), by and through their undersigned counsel, hereby move this court for an Order dismissing the above-captioned action (the "Action") with prejudice as to all Plaintiff's individual claims and causes of action against Tesla, Inc. pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure. In support of this Joint Motion, the Parties state as follows:

1. The Parties have reached a settlement agreement resolving all matters in dispute between them in the Action;

2. As part of their settlement agreement, the Parties have agreed that the Action should be dismissed with prejudice, with each Party to bear its own attorneys' fees and costs;

3. Dismissal with prejudice is appropriate as the Parties have resolved their disputes and have no intention of re-litigating the issues in this Action; and

4. Rule 41(a)(ii) of the Federal Rules of Civil Procedure permits dismissal of an action at the plaintiff's request only by court order, on terms that the Court considers proper.

Dated: April 16, 2025

**EDELSON LECHTZIN LLP**

By */s/ Eric Lechtzin*
Daniel Feder
Eric Lechtzin

Daniel L. Feder
**LAW OFFICES OF DANIEL FEDER**

Attorneys for Plaintiff
SHARON LANE CHIN

Dated: April 16, 2025

**MORGAN, LEWIS & BOCKIUS**
By /s/ Kathryn T. McGuigan
Kathryn T. McGuigan
Anna Robshaw

Attorneys for Defendant
TESLA, INC.

# ~~[PROPOSED]~~ ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice filed by Plaintiff Sharon Lane Chin and Defendant Tesla, Inc. (together, the "Parties"). The Court, having considered the motion, finds that the motion has merit and should be **GRANTED**.

It is therefore **ORDERED** that any and all claims and causes of action asserted, or which could have been asserted by and between Plaintiff Sharon Chin and Defendant Tesla, Inc. in this case are hereby **DISMISSED WITH PREJUDICE** to the refiling of same.

It is further **ORDERED** that the Parties shall bear their own costs, expenses, and legal fees in this matter. [In addition, the Court makes the further orders stated below:]

This dismissal with prejudice applies solely to the claims advanced by Petitioner Sharon Chin in this matter and does not preclude other aggrieved employees from bringing individual or representative claims against Defendant Tesla, Inc., in relation to the same facts.

**IT IS SO ORDERED.**

Dated:     April 21, 2025

_____
**HON. ARACELI MARTINEZ-OLGUÍN**
**U.S. DISTRICT JUDGE**